BEFORE THE THIRD DIVISION, AUGUST 14, 1957

No. 61142.—Haruta & Co., Inc. v. United States, protest 292760–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

No. 61143.—R. J. Saunders & Co., Inc. v. United States, protest 292849–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

No. 61144.—Barnett International Forwarders, Inc. v. United States, protest 293695–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.